FILED: April 3, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2079
(1:13-cv-00147-TDS-LPA)

_____

WHITNEY C. STEPHENSON

    Plaintiff - Appellant

v.

PFIZER, INCORPORATED

    Defendant - Appellee

-------------------------------

DISABILITY RIGHTS NORTH CAROLINA; NATIONAL DISABILITY RIGHTS NETWORK; NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Amici Supporting Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file an amicus curiae brief, the court grants the motion and accepts the amicus brief filed by Disability Rights North Carolina, National Disability Rights Network and National Employment Lawyers Association.

For the Court

/s/ Patricia S. Connor, Clerk